Argued January 15, affirmed December 8, 1925.

GEORGE W. LANCE AND F. M. LANCE *v.* ED-WARD BOLING AND M. J. HOSMER.

(241 Pac. 340.)

From Jackson: F. M. CALKINS, Judge.

Department 1.

AFFIRMED.

For appellants there was a brief over the name of *Mr. H. D. Norton,* with an oral argument by *Mr. Gus. Newbury.*

For respondents there was a brief and oral argument by *Mr. A. E. Reames.*

PER CURIAM.—This case was submitted on January 15, 1925. At that time the attorneys for appellants were granted time to file a reply brief of which grant they did not avail themselves. The decree of the Circuit Court was affirmed as a matter of course April 21, 1925, because the evidence taken before the superintendent of water division No. 1 was

Appeal and Error, 4 **C. J.,** p. 735, n. 25, 27.

not in the record: 235 Pac. 279.   Thereafter, on mo-
tion of appellant, the mandate was recalled and they
were allowed to complete the record by filing the
evidence.   On being considered again we find only
a part of the testimony in the record and that
part refers to a minor part of the case.   All
of the evidence before this court is that which was
taken on January 11, 1915, and subsequent thereto.
The evidence adduced by the parties to the litiga-
tion on the material issues joined in the case is not
here.   The presumption that the decree of the Cir-
cuit Court which affirmed the findings of the superin-
tendent of water division No. 1 is correct.   For that
reason the opinion of the court rendered on the
twenty-first day of April, 1925, is adhered to.

Decree for the respondents, George W. and F. M.
Lance, affirmed without costs to either party.

AFFIRMED.